# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| | ) | Case No. |
| | ) | 1:20-MJ-790 |
| | ) | |
| LAZARIUS ROBERTSON | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 14, 2020__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

s/ Celia A. Wright
*Complainant's signature*

Celia A. Wright, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __telephone__ *(reliable electronic means)*

Date: September 11, 2020

City and state: Indianapolis, Indiana

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

Your Affiant, Celia A. Wright, being duly sworn, does depose and state:

**Affiant Background and Purpose of Affidavit**

1. Your Affiant is a Special Agent (SA) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and has served in that capacity since 2015. Your Affiant is currently assigned to the Indianapolis Group I Field Office – Crime Gun Intelligence Center (CGIC) and is charged with investigating violations of federal firearms, explosives, and arson laws, as well as offenses enumerated in Titles 18 and 26 of the United States Code, for all of which your Affiant has received formal training at the Federal Law Enforcement Training Center and the ATF National Academy. As a federal agent, your Affiant is a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

2. I have testified in judicial proceedings and prosecutions for violations of firearms laws and narcotics violations. I have also been involved in various types of surveillance and in the interviews of defendants, witnesses, informants, and others who have knowledge of the use of firearms in conjunction with other criminal activities, including violent crimes and the distribution of controlled substances.

3. The information set forth in this Affidavit is based upon my participation in this investigation, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training. This Affidavit does not set forth every fact your Affiant has learned during this investigation, but rather is provided solely for establishing probable cause in support of the application for a Complaint in this matter. The

information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

4. This Affidavit is submitted in support of a Criminal Complaint charging Lazarius ROBERTSON (date of birth XX/XX/1998 and Social Security Number XXX-XX-0089) with Possession of a Firearm By a Convicted Felon of Title 18, United States Code, Section 922(g)(1).

### Facts Supporting Probable Cause

5. On August 14, 2020, Indianapolis Metropolitan Police Department (IMPD) Officer McInerney conducted a traffic stop in the area of 1121 West 29th Street, Indianapolis, Indiana, on a black Saturn. A Bureau of Motor Vehicles (BMV) check showed that the license plate on the Saturn was expired and assigned not to the Saturn, but to a silver 1999 GMC.

6. Officer McInerney spoke with the driver and sole occupant of the Saturn, identified as Lazarius ROBERTSON. ROBERTSON admitted to Officer McInerney that he (ROBERTSON) knew the license plate did not match the vehicle.

7. Officer McInerney asked ROBERTSON if he had any narcotics or firearms inside the Saturn. ROBERTSON said he had marijuana in his pants pocket. Officer McInerney then asked ROBERTSON to step out of the Saturn. Officer McInerney located marijuana and pills inside ROBERTSON's pants pockets.

8. In a post-*Miranda* statement, ROBERTSON told Officer McInerney there was a handgun under the driver's seat. ROBERTSON said this firearm belonged to his cousin. IMPD Gun Liaison Detective Angelika Matuszczyk collected and processed this firearm. The firearm was identified as a .40 caliber Springfield (HS Produkts), model XD, bearing serial number US441342 ("the Springfield"). Detective Matuszczyk recovered a latent print from the magazine of the Springfield. This latent print was identified as ROBERTSON's print.

9.   An interstate nexus expert with ATF reviewed the Springfield's characteristics and determined that the Springfield was not manufactured in the state of Indiana.  By virtue of its presence in the State of Indiana, therefore, it had to have been transported or shipped in interstate or foreign commerce.

10.   ROBERTSON has sustained the following conviction for a crime punishable by more than one (1) year of imprisonment: Possession of a Narcotic Drug (Level 6 Felony) out of Marion County (IN) on or about April 18, 2018 (Cause# 49G14-1711-F6-043802).  At the time of his August 14, 2020, arrest, ROBERTSON knew he had been previously convicted of a crime punishable by more than one year of imprisonment.

## Conclusion and Request

11. Your Affiant submits that, based on the facts set forth in this Affidavit, probable cause exists that on August 14, 2020, in the Southern District of Indiana, Lazarius ROBERTSON having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). Accordingly, your Affiant requests this Court issue a Criminal Complaint charging ROBERTSON with this crime, along with a warrant for his arrest.

/s/  Celia A. Wright
Celia A. Wright, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 9/11/2020

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

3